AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.

RUBEN FRANCISCO a/k/a
RAUL RUBEN HERNANDEZ-FRANCISCO

*Defendant(s)*

Case No. 21-8206-BER

FILED BY _____ TM _____ D.C.

**May 26, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 24, 2021  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) & (b)(1) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Andy Korzen, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 5/26/21

*Judge's signature*

City and state:    West Palm Beach, FL                Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over seventeen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Ruben FRANCISCO, also known as Raul Ruben HERNANDEZ-FRANCISCO, committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. On or about May 24, 2021, Ruben FRANCISCO was arrested in Palm Beach County, Florida for trespassing, and disorderly intoxication. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system resulting in a positive match for an individual previously removed from United States, that is, Ruben FRANCISCO.

4. A review of the immigration alien file assigned to Ruben FRANCISCO shows that he is a native and citizen of Guatemala. Records further show that on or about March 13, 1998, Ruben FRANCISCO was ordered deported from the United States. The

Order of Deportation was executed on or about April 20, 2006, whereby Ruben FRANCISCO was removed from the United States and returned to Guatemala.

5. Thereafter, Ruben FRANCISCO re-entered the United States illegally, and was deported and returned to Guatemala on three additional separate occasions, on or about following dates: March 28, 2011, October 14, 2011, and September 16, 2020.

6. Records further show that on or about February 22, 2005, in the Criminal Division of the Circuit Court of the Fifteenth Judicial Circuit of Florida, in and for Palm Beach County, Ruben FRANCISCO was convicted of the felony offenses of burglary of a structure, and grand theft from a dwelling, in case number 04013426CFB02.

7. Further records show that on or about March 18, 2011, in the United States District Court, Southern District of Florida, Ruben FRANCISCO was convicted of the felony offense of illegal reentry after deportation, in case number 11-80024-CR-1.

8. Further records show that on or about February 19, 2020, in the United States District Court, Southern District of Florida, Ruben FRANCISCO was convicted of the felony offense of illegal reentry after removal, in case number 19-80231-CR-SINGHAL. Ruben FRANCISCO is currently on supervised release in this case.

9. I scanned Ruben FRANCISCO's fingerprints taken in connection with his May 24, 2021 arrest in Palm Beach County into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, Ruben FRANCISCO.

10. I performed a record check in the Computer Linked Application Informational Management System to determine if Ruben FRANCISCO filed an application for permission to reapply for admission into the United States after

deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Ruben FRANCISCO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

11. Based on the foregoing, I submit that probable cause exists to believe that, on or about May 24, 2021, Ruben FRANCISCO, an alien who was previously deported and removed from the United States, was found in the United States, without having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __26__ day of May 2021.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-8206-BER

UNITED STATES OF AMERICA

v.

RUBEN FRANCISCO a/k/a
RAUL RUBEN HERNANDEZ-FRANCISCO

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes  ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___ Yes  ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY:  *Rinku Tribuiani*

Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:       (561) 820-8711
Fax:      (561) 820-8777
Email:    RTribuiani@usa.doj.gov